# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                          Case No. 3:06-CR-70

                                  District Judge Thomas M. Rose

JASON ALEXANDER BIGLER,

        Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

Pursuant to the record set forth in open Court on December 27, 2017, the Defendant appeared with Counsel and entered an admission as alleged by the U.S. Probation Department in an amended petition filed October 16, 2017. The Court accepted the admission and found the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) months to run concurrent to Case No. 3:17-cr-121 (total aggregate sentence of 252 months). The sentence will not be followed by any period of supervision due to lifetime supervision ordered in Case No. 3:17-cr-121.

The Court recommends to the United States Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense.

The Defendant was explained his rights of appeal and she indicated an understanding of the same.

The Defendant remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: December 27, 2017

                                                    THOMAS M. ROSE, JUDGE
                                                    UNITED STATES DISTRICT COURT